WABASH, ST. LOUIS & PACIFIC RAILWAY CO.

v.

MICHAEL J. MURPHY.

As the same questions arise in this case as in the preceding one, the judgment is reversed for the same reason.

APPEAL from the Circuit Court of Lawrence county; the Hon. WILLIAM C. JONES, Judge, presiding.    Opinion filed April 18, 1884.

Mr. SAMUEL P. WHEELER, for appellant.

Messrs. HUFFMAN & GEE, for appellee.

CASEY, J.    The same questions arise in this case as in the case of the W., St. L. & P. Ry. v. Lavieux, decided at this term, and the judgment of the circuit court is reversed and the cause remanded for the same reason.

Reversed and remanded.